**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 17, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00187-CV**

_____

**IN RE LAWRENCE FEW, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 406,394**

---

## MEMORANDUM OPINION

On March 6, 2020, relator Lawrence Few filed a ["preemptive"] petition for writ of mandamus in this court without filing a record. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the presiding judge of Probate Court No. 3 of Harris County, to "execute the valid will [of his mother] and end this probate proceeding."

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.